

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD C. ANTONSON, )
) 1:07-CV-1116 LJO DLB
)
Plaintiff, )
)
v. ) **ORDER DISMISSING ACTION**
)
HERBERT P. SEARS CO., INC., )
)
)
Defendant. )
)
_____)

    Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Dated: October 9, 2007

LAWRENCE J. O'NEILL
United States District Judge